UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE BROWN,

    Plaintiff,

v.                                  Case No: 12-12685

BANK OF AMERICA, N.A,

    Defendant.
                                          /

## JUDGMENT

In accord with the court's "Opinion and Order," dated December 13, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant, Bank of America, N.A., and against Plaintiff, Jacqueline Brown.

Dated at Detroit, Michigan, this 13th day of December, 2012.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT


                                BY: S/Lisa Wagner
                                    Lisa Wagner, Deputy Clerk
                                    and Case Manager to
                                    Judge Robert H. Cleland