UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY GOSS,

        Petitioner,        Case No. 09-CV-14485-DT

v.

SHERRY BURT,

        Respondent.
                                 /

**JUDGMENT**

In accordance with the December 13, 2012 "Order Adopting the Magistrate Judge's Report and Recommendation, Dismissing the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability"

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Sherry Burt and against Petitioner Rodney Goss.

Dated at Detroit, Michigan, this 13th day of December 2012.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                              BY: s/Lisa G. Wagner
                                  Lisa Wagner, Deputy Clerk
                                  and Case Manager to
                                  Judge Robert H. Cleland