**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RODNEY GOSS,

      Petitioner,

v.                                                                     Case No. 09-14485

SHERRY BURT,

      Respondent.

                                     /

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AND
GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

Adopting an unchallenged report and recommendation, the district court both

dismissed Petitioner's *habeas corpus* petition and denied a certificate of appealability.

Nevertheless Petitioner submits a "Motion for Certificate of Appealability," construed by

the court as a motion for reconsideration.  The magistrate judge both recommended that

the district court deny a certificate of appealability and directed that Petitioner either

raise promptly or waive each objection to the report and recommendation.  *See Thomas*

*v. Arn*, 474 U.S. 140 (1985).  Having raised no objection, Petitioner may not seek

reconsideration.  In any event, in his motion Petitioner merely summarizes his points of

contention; he offers no analysis and in consequence no basis for further review.

Petitioner also applies to proceed *in forma pauperis* on appeal.  Because he

appears to present in good faith an appeal that is less than frivolous, he may so

proceed.  *See Foster v. Ludwick*, 208 F.Supp.2d 750, 764-65 (E.D. Mich. 2002).  (He

has, by not objecting to the report, created a formidable but not unconquerable barrier

to success on appeal.  *See Keeling v. Warden, Lebanon Correctional Inst.*, 673 F.3d

452, 458 (6th Cir. 2012).)  Accordingly,

      IT IS ORDERED that the motion for a certificate of appealability [Dkt. # 24] is

DENIED and that the motion to proceed *in forma pauperis* on appeal [Dkt. # 27] is

GRANTED.


                      s/Robert H. Cleland
                    ROBERT H. CLELAND
                    UNITED STATES DISTRICT JUDGE

Dated:  May 15, 2013


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, May 15, 2013, by electronic and/or ordinary mail.

                      s/Lisa Wagner
                    Case Manager and Deputy Clerk
                    (313) 234-5522